STEPHEN M. HAYES (SBN 83583)
shayes@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, AMERICAN INTERNATIONAL GROUP, INC. and
AIG DOMESTIC CLAIMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED K. KESLER & ASSOCIATES, INC., a California Corporation, and FRED K. KESLER, <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation, AMERICAN INTERNATIONAL GROUP, INC., a Corporation, AIG DOMESTIC CLAIMS, INC., a Corporation, and DOES 1 through 50, <br><br>Defendants. | CASE NO. C09-0757 SBA <br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel have met and conferred regarding ADR pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 and hereby stipulate to participate in Mediation pursuant to ADR L.R. 6. The parties further agree to complete Mediation within 90 days after the date of the first case management conference scheduled for June 3, 2009.

Dated: May 4, 2009                       COOMBS & DUNLAP, LLP

                                         By _____
                                         CHARLES P. KUNTZ
                                         Attorneys for Plaintiffs
                                         FRED K. KESLER & ASSOCIATES, INC. and
                                         FRED K. KESLER

193699
- 1 -
STIPULATION AND [PROPOSED] ORDER REGARDING ADR – CASE NO. C09-0757 SBA

| | | |
|---|---|---|
| 1 | Dated: May 7, 2009 | HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | STEPHEN M. HAYES<br>JAMIE A. RADACK |
| 5 | | Attorneys for Defendant<br>NATIONAL UNION FIRE INSURANCE |
| 6 | | COMPANY OF PITTSBURGH, PA,<br>AMERICAN INTERNATIONAL GROUP, INC.<br>and AIG DOMESTIC CLAIMS, INC. |

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation. The parties shall complete Mediation within 90 days after the June 3, 2009 case management conference.

**IT IS SO ORDERED**

Dated: 5/12/09

_____
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT COURT JUDGE