MAY-28-09 THU 03:28 PM   COOMBS & DUNLAP         FAX NO. 7072528516              P. 03
MAY. 29. 2009  2:11PM    ALLEN MATKINS                            NO. 6576   P. 4

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of CA

Fred Kesler & Associates, Inc.

                  Plaintiff(s),

V.

National Union Fire Insurance Co. of Pittsburgh

                  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 09-cv-00757 SBA

Notice is hereby given that, subject to approval by the court, Fred K. Kesler & Associates Inc. substitutes
(Party(s) Name)

Robert R. Moore, Esq. , State Bar No. 113818 as counsel of record in
(Name of New Attorney)

place of Charles P. Kuntz of Coombs & Dunlap, LLP.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
    Address:       Three Embarcadero Center San Francisco, CA 94111
    Telephone:    415-837-1515          Facsimile 415-837-1516
    E-Mail (Optional):    rmoore@allenmatkins.com

I consent to the above substitution.

Date: May 24, 2009

Fred K. Kesler & Associates Inc.,
by Fred K Kesler
(Signature of Party(s))

I consent to being substituted.

Date: May 26, 2009

Charles P. Kuntz
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: May 29, 2009

Robert R. Moore, Esq.
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6-2-09

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American Legalnet, Inc.
www.FormsWorkflow.com

**CHAMBERS COPY**