STEPHEN M. HAYES (SBN 83583)
shayes@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, AMERICAN INTERNATIONAL GROUP, INC. and AIG DOMESTIC CLAIMS, INC.

ROBERT R. MOORE (SBN 113818)
rmoore@allenmatkins.com
MICHAEL J. BETZ (SBN 196228)
mbetz@allenmatkins.com
NICHOLAS A. SUBIAS (SBN 228789)
nsubias@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone: 415.837.1515
Facsimile: 415.837.1516

Attorneys for Plaintiffs
FRED K. KESLER & ASSOCIATES, INC. and FRED K. KESLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED K. KESLER & ASSOCIATES, INC., a California Corporation, and FRED K. KESLER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation, AMERICAN INTERNATIONAL GROUP, INC., a Corporation, AIG DOMESTIC CLAIMS, INC., a Corporation, and DOES 1 through 50,<br><br>Defendants. | CASE NO. C09-0757 SBA<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING *PRIVATE MEDIATION* AS ADR PROCESS |

Counsel have met and conferred regarding ADR pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 and hereby stipulate to participate in PRIVATE Mediation pursuant to ADR L.R. 6. The parties further agree to complete PRIVATE Mediation prior to or within 90 days after the date of the case management conference scheduled for September 23, 2009.

Dated: July 15, 2009

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS, LLP

By /s/ *signature*
ROBERT R. MOORE
MICHAEL J. BETZ
NICHOLAS A. SUBIAS
Attorneys for Plaintiffs
FRED K. KESLER & ASSOCIATES, INC. and
FRED K. KESLER

Dated: July 15, 2009

HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP

By /s/ *signature*
STEPHEN M. HAYES
JAMIE A. RADACK
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
AMERICAN INTERNATIONAL GROUP, INC. and AIG DOMESTIC CLAIMS, INC.

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to PRIVATE Mediation. The parties shall complete PRIVATE Mediation within 90 days after the September 23, 2009 case management conference.

**IT IS SO ORDERED**

Dated: 7/16/09

*signature*
Honorable Saundra Brown Armstrong
UNITED STATES DISTRICT COURT JUDGE