STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
DARA M. TANG (SBN 231413)
dtang@hayesscott.com
**HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendants,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, AMERICAN INTERNATIONAL GROUP, INC. and AIG DOMESTIC CLAIMS, INC.

ROBERT R. MOORE (BAR NO. 113818)
rmoore@allenmatkins.com
MICHAEL J. BETZ (BAR NO. 196228)
mbetz@allenmatkins.com
NICHOLAS A. SUBIAS (BAR NO. 228789)
nsubias@allenmatkins.com
**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516

Attorneys for Plaintiffs
FRED K. KESLER & ASSOCIATES, INC.
AND FRED K. KESLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED K. KESLER & ASSOCIATES, INC., a California Corporation, and FRED K. KESLER, <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation, AMERICAN INTERNATIONAL GROUP, INC., a Corporation, AIG DOMESTIC CLAIMS, INC., a Corporation, and DOES 1 through 50, <br><br>Defendants. | CASE NO.   C09-0757 SBA <br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN ATTORNEYS FEES AND COSTS** |

1 **[PROPOSED] ORDER**

2      Based upon the Stipulation to Dismiss Entire Action with Prejudice, With Each Party To
3 Bear Their Own Attorneys Fees and Costs, it is hereby ordered that the entire action be dismissed
4 with prejudice, and each party is to fully bear their own attorneys fees and costs.
5 It is so ORDERED.

6

7 Dated:_5/6/10                              _____*Saundra B Armstrong*_____
8                                             Honorable Saundra Brown Armstrong
                                              UNITED STATES DISTRICT COURT JUDE